**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSICA MONTES, as Special Administrator of the Estate of I.B., Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.: 24 C 9197 |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION; ADVOCATE SHERMAN HOSPITAL, KELLE JANCI, R.N., and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | Judge Perry<br><br>Formerly Case No. 2023 LA 494<br>Circuit Court of the Sixteenth<br>Judicial Circuit, Kane County, IL |
| Defendants, | ) | |

### ORDER APPROVING SETTLEMENT AND DISTRIBUTING FUNDS

THIS CAUSE coming to be heard on the Petition of JESSICA MONTES, as Special Administrator of the Estate of I.B., Deceased, through her attorneys Schwartz Jambois, for entry of an order approving settlement, the court being fully advised in the premises and having jurisdiction herein:

THE COURT FINDS AS FOLLOWS:

1.      The Petitioner alleged a claim for damages for wrongful death of the Decedent, I.B. against Defendants, ADVOCATE SHERMAN HOSPITAL and THE UNITED STATES OF AMERICA, as a result of alleged failure to timely recognize fetal distress, monitor, treat and deliver I.B. as outlined in the petition.

2.      Defendant, ADVOCATE SHERMAN HOSPITAL, has extended an offer of $275,000.00 to settle the Wrongful Death claim regarding I.B. and petitioner recommends it be accepted.

3.      Defendant, UNITED STATES OF AMERICA, has extended an offer of $950,000.00 to settle the Wrongful Death claim regarding I.B. and the petitioner recommends it be accepted.

4.      The settlements with the Defendants are fair, reasonable, and made in good faith.

5.      Petitioner is authorized to accept the offer totaling $275,000.00 as full and final settlement of the Estate of I.B.'S claims against Defendant ADVOCATE SHERMAN HOSPITAL.

1

6.      Petitioner is authorized to accept the offer totaling $950,000.00 as full and final settlement of the Estate of I.B.'S claims against Defendant UNITED STATES OF AMERICA.

7.      Petitioner retained the legal services of Schwartz Jambois (Formerly Kralovec, Jambois & Schwartz) to represent the estate in the aforesaid claims.

8.      Petitioner agreed to pay attorney fees to Schwartz Jambois in the amount of 33 1/3% of total settlement amount.

9.      Petitioner agreed to reimburse Schwartz Jambois for investigation and litigation costs incurred.

10.     The Circuit Court of Kane County, Law Division, appointed JESSICA MONTES, to act as the Special Administrator of her son's estate on November 14, 2023, giving her standing to bring and settle the instant matter.

11.     The agreed percentage of dependency by the next of kin upon the Decedent was as follows:

      a.  Jerod Butters:                     20%

      b.  Jessica Montes                   20%

      c.  L.B.                                   20%

      d.  A.M.                                  20%

      e.  J.C.                                   20%

12.     Oasis Financial currently has a lien of $22,553.50 against this matter.

BASED ON THE FOREGOING, IT IS HEREBY ORDERED:

1.      The Plaintiff is permitted to accept the settlement offer of $275,000.00 from ADVOCATE SHERMAN HOSPITAL for the Wrongful Death Claim for I.B.;

2.      The settlement made with Defendant ADVOCATE SHERMAN HOSPITAL is fair, reasonable, and made in good faith;

3.      The Plaintiff is permitted to accept the settlement offer of $950,000.00 from UNITED STATES OF AMERICA for the Wrongful Death Claim for I.B.;

4.      The settlement made with Defendant UNITED STATES OF AMERICA is fair, reasonable, and made in good faith;

5.      Petitioner shall pay the attorney fees to Schwartz Jambois in the amount of amount of $329,166.66 (accounting for contingency fees of 25% against the United States of America in the amount of $237,500 and 33 1/3% against Advocate Sherman Hospital in the amount of $91,666.66) for the settlement of I.B.'S wrongful death case.

6.      Petitioner shall pay to Schwartz Jambois the sum of $13,877.66  as reimbursement for costs advanced for litigation.

7.      The net proceeds of the wrongful death settlement in the amount of $881,955.68 shall be allocated as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Jerod Butters: | 20% | ($176,391.13) |
| b. | Jessica Montes | 20% | ($176,391.13) |
| c. | L.B. | 20% | ($176,391.14) |
| d. | A.M. | 20% | ($176,391.14) |
| e. | J.C. | 20% | ($176,391.14) |

8.      Jessica Montes' recovery amount of $176,391.13 shall be reduced by the amount of $22,553.50 to satisfy the Oasis Financial Lien for a total recovery to Ms. Montes in the amount of $153,837.63

9.      A guardianship will be established for L.B. The funds allocated to L.B. will shall be placed into an interest bearing bank account solely for the benefit of the minor with said account to be restricted such that no withdrawals may be made without further leave of court until L.B. reaches the age of 18 or pursuant to any order by the Circuit Court of Cook County, Probate Division.

10.    A guardianship will be established for A.M. The funds allocated to A.M. will shall be placed into an interest bearing bank account solely for the benefit of the minor with said account to be restricted such that no withdrawals may be made without further leave of court until A.M. reaches the age of 18 or pursuant to any order by the Circuit Court of Cook County, Probate Division.

11.    A guardianship will be established for J.C. The funds allocated to J.C. will shall be placed into an interest bearing bank account solely for the benefit of the minor with said account to be restricted such that no withdrawals may be made without further leave of court until J.C. reaches the age of 18 or pursuant to any order by the Circuit Court of Cook County, Probate Division.

12.     Defendants, ADVOCATE SHERMAN HOSPITAL and THE UNITED STATES OF AMERICA, are hereby dismissed without prejudice with leave to re-file by April 16, 2026 and without costs. If the case is not re-filed by April 16, 2026 the dismissal shall be with prejudice.

13.     All future dates in this matter are hereby stricken.

                                                            November 20      , 2025
                                        ENTER:   _April M Perry_
                                        _____
                                        JUDGE                    JUDGE'S NO.

Jeffrey C. Schwartz
SCHWARTZ JAMBOIS
60 W. Randolph Street, 4th Floor
Chicago, IL 60602
(312)782-2525
jschwartz@sj-lawgroup.com
ARDC: 6302956

4